AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S.P.S. Priority Mail  9505 5066 6361 0163 1104 73 addressed to (no name), 2609 Granby St, Norfolk, VA 23517 | **UNDER SEAL**<br><br>Case No.  2:20sw142 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Virginia
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail Parcel 9505 5066 6361 0163 1104 73 addressed to (no name), 2609 Granby St, Norfolk, VA 23517 currently located at the U.S. Postal Service, OIG, in Chesapeake, VA 23322.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances, currency, and/or negotiable instruments

**YOU ARE COMMANDED** to execute this warrant on or before     July 10, 2020     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Robert J. Krask, U.S.M.J.     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     06/29/2020 12:43 pm                                  *[signature]*
                                                                                                        *Judge's signature*
                                                                                         UNITED STATES MAGISTRATE JUDGE

City and state:     Norfolk, VA
                                                                                                        *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>2:20sw142 | Date and time warrant executed:<br>June 29, 2020, 1500 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>Inspector Tom Sylvester, USPIS | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>One Priority Mail parcel # 65055066636101163110473 containing approximately 6 lbs 7.4 ozs of suspected THC edibles | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 8, 2020

*Jessica Farrell*
*Executing officer's signature*

Jessica R. Farrell, Special Agent
*Printed name and title*